## The FEDERAL LAND BANK OF WICHITA v. Tinnie Elizabeth BROWN.

### No. 2080.

Circuit Court of Appeals, Tenth Circuit.

May 20, 1940.

Donald I. Mitchell, of Wichita, Kan., for appellant.

J. W. Watson, of Hollis, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed at appellant's costs, on motion of appellant.

■

## FIRST NATIONAL BANK OF KANSAS CITY et al., Appellants, v. UNITED STATES of America.

### No. 11728.

Circuit Court of Appeals, Eighth Circuit.

April 15, 1940.

Patterson, Chastain, Graves & Smith, of Kansas City, Mo., for appellants.

F. Ritchie Gibbons and L. John Weber, Sp. Attys., Department of Justice, both of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellants, pursuant to agreement of counsel, etc.

■

## The FREELAND PROCESS COMPANY v. COMMISSIONER OF INTERNAL REVENUE.

### No. 2101.

Circuit Court of Appeals, Tenth Circuit.

April 12, 1940.

J. E. Hart, of Tulsa, Okl., for petitioner.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before PHILLIPS, BRATTON, and WILLIAMS, Circuit Judges.

PER CURIAM.

Petition dismissed on motion of petitioner.